**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LARRY S. BOLING**                                                             **PLAINTIFF**

**V.**                                           **NO.  4:08CV013-A-A**

**LAWER ROSS, et al.**                                             **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 12, 2009, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.  The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 18) of the United States Magistrate Judge dated November 12, 2009, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Defendant Erline Carson is DISMISSED with prejudice; and

3) This matter shall proceed as to the remaining Defendants.

THIS the   3rd   day of February, 2010

                                                                   **/s/ Sharion Aycock**
                                                                    **U.S. DISTRICT JUDGE**