IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

LARRY S. BOLING                                                                                     PLAINTIFF

v.                                                                                              No. 4:08CV13-A-A

LT. LAWYER ROSS, ET AL.                                                                        DEFENDANTS

## JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendant James Brewer's motion for summary judgment is **GRANTED**, and all of the plaintiff's claims against defendant Warden James Brewer are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

**SO ORDERED,** this the 19th day of May, 2010.

                                             /s/ Sharion Aycock
                                             **U.S. DISTRICT JUDGE**